FILED'08 JUN 13 10:48USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DIANE T. DAWES,

                Plaintiff,

             v.                           Civil No. 07-6221-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security.

                Defendant.

## JUDGMENT

This action is remanded for the purpose of permitting the Commissioner to calculate and award benefits to plaintiff as of October 26, 2002, the disability date onset date asserted by plaintiff. This action is dismissed.

Dated: June 12, 2008.

_____
United States District Judge

**JUDGMENT**                        **DOCUMENT NO:** _____